**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1136**

SYDNEY S. HART,

        Plaintiff - Appellant,

    v.

JACOB J. LEW, U.S. Department of the Treasury,

        Defendant – Appellee,

    and

DEPARTMENT OF TREASURY,

        Defendant.


Appeal from the United States District Court for the District of Maryland, at Baltimore.  Ellen L. Hollander, District Judge. (1:12-cv-03482-ELH)


Submitted:  June 19, 2015        Decided:  August 19, 2015


Before WYNN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.


Affirmed by unpublished per curiam opinion.


Sydney S. Hart, Appellant Pro Se.  Alex Gordon, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sydney S. Hart appeals the district court's order granting summary judgment to Jacob J. Lew, Secretary of the Treasury, on Hart's claims of sex discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012), amended by Pub. L. No. 113-235, 128 Stat. 2130, 2537, 2537 (2014). This Court reviews de novo whether a district court erred in granting summary judgment. Dulaney v. Packaging Corp. of Am., 673 F.3d 323, 330 (4th Cir. 2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hart v. Lew, No. 1:12-cv-03482-ELH (D. Md. filed Feb. 6, 2015 & entered Feb. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED